APPEARANCE
## UNITED STATES COURT OF APPEALS
## FOR THE EIGHTH CIRCUIT

NO. _____13-2197_____

Michael Blodgett
_____

**vs.**

Jon Hanson, et al
_____

**The Clerk will enter my appearance as Counsel for the following party(s):**
**(please specify)** Court 53 Royal Order of Jesters, Defendant-Appellee
_____

_____

s/ Thomas J. Shroyer
_____
**ATTORNEY NAME**

Moss & Barnett, P.A.
_____
**FIRM NAME**

4800 Wells Fargo Center, 90 S 7th St.
_____
**STREET or P.O. BOX**

Minneapolis, MN 55402
_____
**CITY, STATE, ZIP**

(612) 877-5000
_____
**OFFICE PHONE NUMBER**

(612) 877-5999
_____
**FACSIMILE NUMBER**

Thomas.Shroyer@LawMoss.com
_____
**E-MAIL ADDRESS**

## CERTIFICATE OF SERVICE

✔ I hereby certify that on _June 3, 2013_____, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

✔ I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants:
Michael W. Blodgett, 3064 85th Street, E, Inver Grove Heights, MN 55076
_____

_____.

s/ Thomas J. Shroyer
_____