APPEARANCE
UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

NO. 13-2197

Michael Blodgett

vs.

Jon Hanson, et al

**The Clerk will enter my appearance as Counsel for the following party(s): (please specify)** Court 53 Royal Order of Jesters, Defendant-Appellee

s/ Timothy R. Franzen
**ATTORNEY NAME**

Moss & Barnett, P.A.
**FIRM NAME**

4800 Wells Fargo Center, 90 S 7th St.
**STREET or P.O. BOX**

Minneapolis, MN 55402
**CITY, STATE, ZIP**

(612) 877-5000
**OFFICE PHONE NUMBER**

(612) 877-5999
**FACSIMILE NUMBER**

Tim.Franzen@LawMoss.com
**E-MAIL ADDRESS**

## CERTIFICATE OF SERVICE

✓ I hereby certify that on June 3, 2013, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

✓ I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants:
Michael W. Blodgett, 3064 85th Street, E, Inver Grove Heights, MN 55076 .

s/ Timothy R. Franzen