APPEARANCE
**UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT**

No.: 13-2197

Michael Blodgett,

        Plaintiff,

v.

Jon Hanson, et al.,

        Defendants.

The Clerk will enter my appearance as Counsel for the following party(s): (please specify)

Jon Hanson, Tony Krall, and The Trustees of Zuhrah Shrine, Defendants-Appellees

| s/Jessica L. Klander | 612-376-1660 |
|---|---|
| **ATTORNEY NAME** | **OFFICE PHONE NUMBER** |
| BASSFORD REMELE, P.A. | 612-746-1260 |
| **FIRM NAME** | **FACSIMILE NUMBER** |
| 33 South Sixth Street, Suite 3800 | jklander@bassford.com |
| **STREET or P.O. BOX** | **E-MAIL ADDRESS** |
| Minneapolis, Minnesota 55402 | |
| **CITY, STATE, ZIP** | |

## CERTIFICATE OF SERVICE

☒ I hereby certify that on June 18, 2013, I electronically filed the foregoing with the Clerk of Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

☒ I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants:

Michael W. Blodgett
3064 East 85th
Inver Grove Heights, MN 55076

                                                    s/ Jessica L. Klander

1242842.docx